Sales, 35 Cyc. p. 323, n. 1.

---

### 17006.  SORROW *v.* THE STATE.

BROYLES, C. J.  The motion for a new trial is based upon the usual general grounds only; the verdict is authorized by the evidence; and, the finding of the jury having been approved by the trial court, this court is without authority to interfere.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 3, 1926.

---

Criminal Law, 17 C. J. p. 271, n. 41.

Conviction of manufacture of liquor; from Madison superior court—Judge W. L. Hodges.    October 28, 1925.

*Berry T. Moseley,* for plaintiff in error.

*A. S. Skelton, solicitor-general,* contra.